FILED

AUG 29 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1: 05 MJ 00216  LJO

| | |
|---|---|
| In Re Matter of ) | NO. SW.F. - |
| ) | |
| CRIMINAL COMPLAINTS AND ) | ORDER SEALING ARREST WARRANTS, |
| ARREST WARRANTS AUTHORIZED ) | CRIMINAL COMPLAINTS AND |
| ON AUGUST 26, 2005, TO ARREST ) | AFFIDAVITS, MEMORANDUM FOR |
| ) | SEALING ORDER, AND DECLARATION |
| MICHAEL LAWRENCE SANCHEZ, ) | |
| JOSEPH MITCHELL RAMIREZ, ) | **Under Seal** |
| GABRIEL JEDDIDIAH SCHOENSTEIN, ) | |
| DAVID LEE CROSSLEY, ) | |
| MICHAEL JAMES MCALISTER, ) | |
| JULIANNE KERKLING STAHL, ) | |
| BENJAMIN JEFFREY LOMAX, ) | |
| RICHARD ALBERT ) | |
| CHRISTOFFERSEN, ) | |
| VICTOR RAUL SUAREZ, JR., ) | |
| ANDREW DAVID COWEL, ) | |
| FREDDIE ALLEN DELGADO, ) | |
| BARTHOLOMEW PILGRIM HENSLEY, ) | |
| SCOTT ARTHUR MCKINNEY, ) | |
| KURT MARVIN KLINGER, AND ) | |
| DONALD LEE GLASPIE. ) | |
| ) | |
| _____ ) | |

    The United States having applied to this Court for an order permitting it to file under seal the arrest warrants, criminal complaints and affidavit in the above-captioned proceedings, together with the accompanying Declaration of Karen A. Escobar, Assistant U.S. Attorney, and good cause appearing thereof,

    IT IS SO ORDERED, that this order, the arrest warrants, criminal complaints, and

1

1 | affidavits in the above-entitled proceedings, together with the Application of the United States
2 | Attorney, Memorandum in Support thereof, and the accompanying Declaration of Karen A.
3 | Escobar, Assistant U.S. Attorney, shall remain under seal and shall not be disclosed pending
4 | further order of this court.

5 | DATED: August 29, 2005

_____
Honorable Lawrence J. O'Neill
U.S. Magistrate Judge