1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7272



FILED

SEP 6 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9

10

11  UNITED STATES OF AMERICA,        )    MAG. NO. 05-0216 LJO
                                     )
12            Plaintiff,             )    ORDER
                                     )
13       v.                          )
                                     )
14  BENJAMIN JEFFREY LOMAX,          )
                                     )
15            Defendant.             )
                                     )
16  _____)

17

18       Having considered the government's application to unseal the

19  arrest warrant, criminal complaint and affidavit in the above-

20  captioned proceeding,

21       IT IS HEREBY ORDERED that the arrest warrant, criminal

22  complaint and affidavit submitted in support of the criminal

23  complaint shall be UNSEALED.

24  Dated: September 6, 2005
                                     _____
25                                   LAWRENCE J. O'NEILL
                                     U.S. Magistrate Judge
26

27

28

                                1