1 McGREGOR W. SCOTT
United States Attorney
2 KAREN A. ESCOBAR
Assistant U.S. Attorney
3 2500 Tulare Street
Fresno, California 93721
4 Telephone: (559) 497-4000

5

6

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) CR. NO. 05-0315 OWW
                                    )
             Plaintiff,             )
12                                  )
      v.                            )  ORDER
13                                  )
                                    )
14 BENJAMIN LOMAX and               )
RICHARD CHRISTOFFERSEN,             )
15                                  )
             Defendants.            )
16 _____ )

17

18

19      Having read and considered the parties' stipulation to an

20 exclusion of time from March 13, 2006, to April 24, 2006, in this

21 matter,

22      IT IS THE FINDING OF THE COURT that the ends of justice

23 served by granting the continuance from March 13 to April 24

24 outweighed the best interests of the public and the defendant in

25 a speedy trial, in that the failure to grant the continuance

26 would have denied the parties an opportunity to conduct further

27

28
                                1

investigation and to potentially resolve this matter short of trial.

WHEREFORE IT IS HEREBY ORDERED that time from March 13 to April 24, 2006, shall be excluded in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(8)(A).

DATED: 5/5/06                           /s/Oliver W. Wanger
                                        OLIVER W. WANGER
                                        U.S. District Judge