J. DAVID NICK, SBN 157687
506 Broadway
San Francisco, California 94133
Telephone: 415/986-5591

Attorney for Defendant
BENJAMIN LOMAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

BENJAMIN J. LOMAX,

       Defendant.
_____/

CR F-05-315 OWW

STIPULATION TO CONTINUE
ENTRY OF PLEA

Date: December 15, 2006
Time: 9:00 a.m.

    THE PARTIES HEREBY STIPULATE to continue defendant's Entry of Plea from December 15, 2006, to 9:00 a.m. on January 30, 2007.

    Dated: December 14, 2006

/s/ J. DAVID NICK                         /s/ KAREN ESCOBAR
J. DAVID NICK                             KAREN ESCOBAR
Attorney for BENJAMIN LOMAX               Assistant U.S. Attorney

    IT IS SO ORDERED.

**Dated: December 16, 2006**         **/s/ Oliver W. Wanger**
emm0d6                                UNITED STATES DISTRICT JUDGE

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331