J. DAVID NICK #157687
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorney for Defendant
BENJAMIN LOMAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,               CR 05-315 OWW

    v.                        <u>ORDER EXONERATING BAIL</u>

BENJAMIN LOMAX,

        Defendant.
_____/

     Upon request of defendant, and good cause appearing,

     IT IS HEREBY ORDERED that bail is exonerated in this matter, and the Clerk of the

Court is ordered to reconvey the following real property posted as security for bail herein

in the amount of $500,000 on September 29, 2005, as Document 2005107919 in the Recorder's

Office of Mohave County, Arizona:

     Owners: Steven A. Lomax and Virginia Dianne Lomax
     Address: 2311 Kingsbury, Lake Havasu City AZ 96404
     APN 12037014

     IT IS SO ORDERED.

**Dated:**   <u>**June 26, 2007**</u>            <u>   **/s/ Oliver W. Wanger**   </u>
                                     UNITED STATES DISTRICT JUDGE

**PIER 5 LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331