**NOTICE OF NONCOMPLIANCE**
See L.R. 5-133(a) & (d)(3)
Filed in Paper on

OCT 1 5 2008

U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
OCT 2 7 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

J. DAVID NICK, (CAL SBN 157687)
99 OSGOOD PLACE, Ste. 1
San Francisco, CA 94133
Telephone: (415) 552-4444

Attorney for Defendant
BENJAMIN LOMAX

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  F-05-0315 OWW
                          )
         Plaintiff,       )  EX PARTE REQUEST AND
                          )  DECLARATION OF COUNSEL IN
    v.                    )  SUPPORT THEREOF FOR ORDER
                          )  TERMINATING DEFENDANT BENJAMIN
BENJAMIN LOMAX            )  LOMAX'S SUPERVISED RELEASE
                          )  PRIOR TO THE EXPIRATION DATE;
         Defendant        )  PROPOSED ORDER.
_____)

COMES NOW defendant Benjamin Lomax, through counsel, J. David Nick, hereby makes an ex parte application to the Court for an Order terminating his supervised release prior to the expiration date.

In support of this ex parte request, counsel declares:

I am an attorney licensed to practice in the State of California and before this Court, and I am the attorney of record for defendant Benjamin Lomax in the above captioned case.

On April 23, 2007, judgment and sentence was imposed by this Court, placing Benjamin Lomax on supervised release for a period of thirty-six (36) months from the date of release from imprisonment. (See Doc. # 342). Defendant surrendered to the United States Marshal to serve sixty (60) days imprisonment on June 14, 2007. (See Doc. # 342). Based upon information and belief, Mr. Lomax was released from custody on August 7, 2008.

1

Defendant has completed more than one year on supervised release. (See United States v. Spenille (6th Cir. 1994) 41 F.3d 1056, 1060-61 [holding that district court has discretionary authority to terminate term of supervised release after completion of one year, pursuant to 18 U.S.C. § 3583(e)(1) even if defendant was sentenced to three-year mandatory term of supervised release under 21 U.S.C. § 841(b)(1)(C) for drug offense]).

During the more than one year defendant has been on supervised release, he has paid all fines ordered by the court, has participated in counseling and drug testing during his first year on supervised release. Defendant has continuously tested negative for use of controlled substances for more than three years.

Defendant has operated his own business doing residential cleanup and hauling since his release from custody.

I have attempted to contact defendant's probation officer Christine Magnasco with regard to defendant's request for early termination from supervised release but have not had an opportunity to discuss the issue with her. It is my information and belief based upon conversations with defendant that Ms. Magnasco advised defendant he should seek early termination from supervised release and that she would support such request.

1  As defendant has been on supervised release for more than
2  one year, the court has discretion to terminate defendant's
3  supervised release prior to the expiration date.
4
5  Based on the foregoing and the files and records in this
6  case, good cause exists to permit the requested early
7  termination of supervised release. Alternatively, defendant
8  respectfully requests a hearing be held on this request.
9
10 I declare under penalty of perjury that the foregoing is
11 true and correct, and that this declaration is executed on
12 October 3, 2008, at San Francisco, California.

_____
J. DAVID NICK
ATTORNEY FOR DEFENDANT
BENJAMIN LOMAX

```
 1  J. DAVID NICK, (CAL SBN 157687)
    99 OSGOOD PLACE, B
 2  San Francisco, CA  94133
 3  Telephone: (415) 552-4444

 4  Attorney for Defendant
    BENJAMIN LOMAX
 5
                  UNITED STATES DISTRICT COURT
 6                EASTERN DISTRICT OF CALIFORNIA

 7  UNITED STATES OF AMERICA   )  F-05-0315 OWW
                               )
 8         Plaintiff,          )  [PROPOSED] ORDER TERMINATING
                               )  DEFENDANT BENJAMIN LOMAX'S
 9     v.                      )  SUPERVISED RELEASE PRIOR TO
                               )  EXPIRATION DATE.
10  BENJAMIN LOMAX             )
                               )
11         Defendant.          )
                               )
12  _____)
```

Upon the defendant, Benjamin Lomax's Ex Parte Request to Terminate Supervised Release Prior to Expiration Date, and good cause appearing therefore,

IT IS HEREBY ORDERED that defendant's application ~~be~~ is [handwritten: OWW] **DENIED WITHOUT PREJUDICE.** ~~granted, including, that he be discharged from supervised release forthwith and that the proceedings in this case be terminated.~~

Dated: 10-27-08

_____
OLIVER W. WANGER, Judge
United States District Court

4