J. DAVID NICK, (CAL SBN 157687)
99 OSGOOD PLACE, B
San Francisco, CA 94133
Telephone: (415) 552-4444

Attorney for Defendant
BENJAMIN LOMAX

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. BENJAMIN LOMAX, Defendant. | F-05-0315 OWW<br>ORDER TERMINATING DEFENDANT BENJAMIN LOMAX'S SUPERVISED RELEASE PRIOR TO EXPIRATION DATE. |

Upon the defendant, Benjamin Lomax's Ex Parte Request to Terminate Supervised Release Prior to Expiration Date, and good cause appearing therefore,

IT IS HEREBY ORDERED that defendant's application be DENIED, without prejudice, based on the objection of the probation officer.

Dated: 1/7/2009

/S/ OLIVER W. WANGER
OLIVER W. WANGER, Judge
United States District Court