```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000
```



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:05-cr-0315 OWW |
|---|---|---|
| Plaintiff, | ) | ORDER |
| v. | ) | |
| BENJAMIN LOMAX, | ) | |
| Defendant. | ) | |

Having considered the parties' requests,

IT IS HEREBY ORDERED THAT defendant's third request for early termination of his 36 month term of supervised release is GRANTED and the hearing previously set for June 1, 2009, is hereby vacated.

DATED: 5-19-09

OLIVER W. WANGER
Senior U.S. District Judge

1